

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2015

No. 04-15-00110-CV

**ESTATE OF WILLIAM H. MCNUTT,**
Appellant
From the County Court, Kimble County, Texas
Trial Court No. 2284
Honorable Joe Loving, Jr., Judge Presiding

## O R D E R

The clerk's record in this appeal was due April 21, 2015. When neither the record nor a notice of late record was filed, this court sent a letter to the Kimble County Clerk advising her the record was past due and requesting a response. On May 4, 2015, the clerk filed a notification of late record, stating additional time was needed to prepare the record because of the clerk's work load and recent and upcoming attendance at several conferences. The clerk requested an extension of time until June 28, 2015, a Sunday, to file the record. We **GRANT** the clerk's request for additional time to file the clerk's record and **ORDER** the clerk to file the clerk's record in this court on or before **Monday, June 29, 2015**. This extension gives the clerk an additional sixty-nine days from the original due date in which to file the record.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court